IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

THOMAS B. KIRKHART and
CYNTHIA D. KIRKHART, his wife,

    Plaintiffs,

v.                                                    Civil Action No. 5:06CV21
                                                                (STAMP)

PPG INDUSTRIES, INC., a corporation,
TAYLOR-DUNN MANUFACTURING COMPANY,
a corporation,
PHILLIPS CORPORATION, a corporation
and AMERICAN TIRE, INC., a corporation,

    Defendants.

## ORDER SCHEDULING ORAL ARGUMENT

    PPG Industries, Inc. filed a motion for summary judgment in this civil action which has been fully briefed by the parties. The parties have also filed various motions in limine in accordance with the scheduling order. This Court finds that it would be beneficial to hear oral argument on the motion for summary judgment and responses thereto and the motions in limine. Accordingly, the parties are DIRECTED to appear by counsel for oral argument on **March 18, 2008 at 1:15 p.m.** at the Wheeling point of holding court. Because of the identity of counsel, parties, and issues in this case with those in <u>DeGenova v. PPG Industries, Inc.</u>, Civil Action No. 5:05CV22, oral argument will be held jointly.

    IT IS SO ORDERED.

    The Clerk is directed to transmit a copy of this order to counsel of record herein.

DATED:     March 10, 2008

                                    /s/ Frederick P. Stamp, Jr.
                                    FREDERICK P. STAMP, JR.
                                    UNITED STATES DISTRICT JUDGE